(JCx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-01184-PSG-JC**

Kelley Keinath v. Davol, Inc. et al
Assigned to: Judge Philip S. Gutierrez
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/21/2008
Date Terminated: 04/16/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kelley Keinath** represented by **Baharak Dejban**
Khorrami Pollard Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: bdejban@kpalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S Kabateck**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: bsk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Kellner**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: rlk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Khorrami**
Khorrami Pollard and Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: skhorrami@khorrami.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Thomas M Frieder**
Hassard Bonnington LLP
Two Embarcadero Center Suite 1800
San Francisco, CA 94111-3941
415-288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**

represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2008 | 1 | COMPLAINT against Defendants Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350 PAID.) Jury Demanded., filed by plaintiff Kelley Keinath.(ghap) Additional attachment(s) added on 3/5/2008 (hha, ). (Entered: 02/28/2008) |
| 02/21/2008 | | 20 DAY Summons Issued re Complaint - (Discovery)1 as to Defendants Davol, Inc., C.R. Bard, Inc. (ghap) (Entered: 02/28/2008) |
| 02/21/2008 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Kelley Keinath. (ghap) Additional attachment(s) added on 3/5/2008 (hha, ). (Entered: 02/28/2008) |
| 02/21/2008 | | FAX number for Attorneys Baharak Dejban, Shawn Khorrami is 213-596-6010. (ghap) (Entered: 02/28/2008) |
| 02/21/2008 | | FAX number for Attorneys Brian S Kabateck, Richard L Kellner is 213-217-5010. (ghap) (Entered: 02/28/2008) |
| 02/21/2008 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(ghap) (Entered: 02/28/2008) |
| 02/25/2008 | 4 | STANDING ORDER regarding Newly Assigned Cases (See document for further details) by Judge Philip S. Gutierrez (bm) (Entered: 02/29/2008) |
| 03/17/2008 | 5 | ANSWER with JURY DEMAND *ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC. AND DEMAND FOR JURY TRIAL* filed by defendant Davol, Inc., C.R. |

| | | |
|---|---|---|
| | | Bard, Inc..(Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 6 | NOTICE OF MOTION AND MOTION to Stay Case pending Transfer Decision By Judicial On Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* filed by defendant Davol, Inc., C.R. Bard, Inc..Motion set for hearing on 5/19/2008 at 01:30 PM before Judge Philip S. Gutierrez. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 7 | DECLARATION of DANA ALAN GAUSEPOHL IN SUPPORT OF DEFENDANTS' UNOPPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION MOTION to Stay Case pending Transfer Decision By Judicial On Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULT6 filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 8 | MEMORANDUM in Support of MOTION to Stay Case pending Transfer Decision By Judicial On Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULT6 MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 9 | [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY re MOTION to Stay Case pending Transfer Decision By Judicial On Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULT6 filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 10 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re MOTION to Stay Case pending Transfer Decision By Judicial On Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULT6 CERTIFICATE OF SERVICE OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT* |

| | | |
|---|---|---|
| | | *LITIGATION served on 3/17/2008. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 11 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Declaration (Motion related), Declaration (Motion related), Declaration (Motion related)7 *CERTIFICATE OF SERVICE OF DECLARATION OF DANA ALAN GAUSEPOHL IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 3/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 12 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Memorandum in Support of Motion,, 8 *CERTIFICATE OF SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 3/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 13 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Motion Related Document, 9 *CERTIFICATE OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY* served on 3/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Davol, Inc., C.R. Bard, Inc. identifying C.R. Bard, Inc. as Corporate Parent. (Frieder, Thomas) (Entered: 03/17/2008) |
| 04/16/2008 | 15 | CONDITIONAL TRANSFER ORDER (CT-17) from the Judicial Panel on Multidistrict Litigation MDL 1842, transferring case to US District Court, District of Rhode Island(Providence), assigned to Judge Lisi. Complaint, and pending motions along with objections sent in PDF Format via email (MD JS-6. Case Terminated.) (es) (Entered: 04/16/2008) |
| 04/16/2008 | 16 | Transfer Out Transmittal Letter. The original complaint, motions and pending objections to motions, certified copy of the docket sheet and copy of Transfer Order sent to USDC District of Rhode Island at Providence on 4/16/08. (es) (Entered: 04/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/17/2008 09:15:23 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| | | | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01184-PSG-JC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |